UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 9, 2023

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| JACKSON GREEN, | : | VIOLATION: |
| Defendant. | : | 40 U.S.C. §§ 6303, 6307 |
| | : | (Destruction of National Gallery of Art Property) |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about November 14, 2023, within the District of Columbia, **JACKSON GREEN**, did willfully step or climb on, remove, or in any way injure any object of art, exhibit, equipment, seat, wall, fountain, or other erection or architectural feature, or any tree, shrub, plant, or turf, within the National Gallery of Art and its grounds, that is, the wall exhibiting the Shaw 54th Regiment Memorial, causing damage in an amount exceeding $100.

**(Destruction of National Gallery of Art Property** in violation of Title 40, United States Code, Section 6303 and 6307)

A TRUE BILL:

FOREPERSON.

*(signature)*

Attorney of the United States in
and for the District of Columbia