# **EXHIBIT 4**

**SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
**CRIMINAL DIVISION**

**UNITED STATES**

| JACKSON G GREEN | Feb. 15, 2024 |
|---|---|

My name is Christopher Saunders. I am a Special Agent with the National Archives and Records Administration, Office of Inspector General, Office of Investigations. I have been in law enforcement for 22 years.

On Wednesday, February 14, 2024, at approximately 3:30 p.m., our office was notified of a vandalism which had just occurred at the National Archives Building located at 700 Pennsylvania Avenue Northwest, Washington, DC 20408.

Special Police Officer Lieutenant J. Gwynn responded to the Rotunda of the National Archives where Donald Zepeda and Jackson Green were in the act of destruction of Federal Government Property.  Zepeda and Green entered the National Archives by lawful means. Upon entry to the National Archives, Zepeda and Jackson proceeded to the upper level of the National Archives and entered the Rotunda where they positioned themselves in front of the Charters of Freedom. The Charters of Freedom is the permanent home of the original Declaration of Independence, Constitution of the United States, and Bill of Rights.

With their backs facing the documents described above, Zepeda and Green removed balloons and bags containing an unknown pink powder substance which they then dispersed onto the Charters of Freedom and themselves. Prior to the deployment of the unknown pink powdered substance, both Zepeda and Green verbally spoke aloud about Global Warming, Climate Control and the need to get President Biden's attention.

Upon the dispersal of the unknown pink powdered substance, the Rotunda was evacuated by Special Police Officers of the National Archives and Zepeda and

---

The events and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s) listed in the case caption.

Subscribed and sworn before me this    February 15, 2024

| /s/ Christopher Saunders | 5 | | /s/ Michael Ursiny |
|---|---|---|---|
| Police Officer | Badge | Unit | Witness / Deputy Clerk |
| Christopher Saunders | | | Michael Ursiny |
| Printed Name of Member / CAD# | | | Printed Name of Witness / Deputy Cler |

**SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
**CRIMINAL DIVISION**

**UNITED STATES**

| JACKSON G GREEN | Feb. 15, 2024 |
|---|---|

Green were detained without incident.

The actions of Zepeda and Green were not authorized or condoned by the National Archives. Because of the actions of Zepeda and Green, the Rotunda has been closed to the public for cleaning and inspection and to date has cost the National Archives $15,780.62.

The Washington Metropolitan Police Department responded and arrested Zepeda and Green for destruction of Federal Property and transported them to the First District Cell Block for processing.

***

Later on February 14, 2024, myself and Special Agent David Berry, also with the Office of Inspector General, Office of Investigations, interviewed Green at the Central Cellblock, DC Metropolitan Police Department, 300 Indiana Ave., NW, Washington, DC 20001, and he revealed substantially the following information.

Prior to commencing the interview, Green was presented with the NARA - OIG form OI 222 Miranda Warning, which he read and signed in the presence of both myself and SA David Berry. Green expressed that he was willing to answer questions.

SAs immediately took note that Green was covered from head to toe with a magenta pink colored powder, some of which rubbed off on the Miranda Form when he signed it. The powder completely covered Green's hands, face, feet,

---

The events and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s) listed in the case caption.

Subscribed and sworn before me this    February 15, 2024

| /s/ Christopher Saunders | 5 | | /s/ Michael Ursiny |
|---|---|---|---|
| Police Officer | Badge | Unit | Witness / Deputy Clerk |
| Christopher Saunders | | | Michael Ursiny |
| Printed Name of Member / CAD# | | | Printed Name of Witness / Deputy Cler |

**SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
**CRIMINAL DIVISION**

**UNITED STATES**

**JACKSON G GREEN**                                Feb. 15, 2024

and clothing.

Green admitted that previously this afternoon he and his colleague (whom he refused specifically to name) entered the National Archives building located 700 Constitution Ave. NW, Washington, DC 20004, and exploded a balloon containing red tempera paint powder all over themselves, and onto the case containing the Constitution, the Declaration of Independence, and the Bill of Rights, located within the main rotunda of the building.

Green was observed to be wearing a T-shirt with the name "Declare Emergency" featured prominently. Asked whom he was associated with, Green replied he is with Declare Emergency, a "climate change awareness campaign" seeking to address the issue of global climate change. Green said that President Joe Biden must immediately declare a formal state of climate emergency and that he should make full use of his executive authority to save the country from collapse.

[Agent note: A review of Declare Emergency's website, located at https://www.declareemergency.org/faq, indicates the organization is as follows: "Declare Emergency is a campaign using nonviolent civil resistance techniques to disrupt the status quo and demand that our government take meaningful action to address the climate emergency." End note.]

Green refused to answer questions regarding the names of other individuals associated with Declare Emergency, declined to answer if he is a leading member of the organization, and refused to answer who his leader within the organization is.

---

The events and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s) listed in the case caption.

Subscribed and sworn before me this   February 15, 2024

| /s/ Christopher Saunders | 5 | | /s/ Michael Ursiny |
|---|---|---|---|
| Police Officer | Badge | Unit | Witness / Deputy Clerk |
| Christopher Saunders | | | Michael Ursiny |
| Printed Name of Member / CAD# | | | Printed Name of Witness / Deputy Cler |

**SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
**CRIMINAL DIVISION**

**UNITED STATES**

| JACKSON G GREEN | Feb. 15, 2024 |
|---|---|

Green furthermore declined to answer how many people are in the organizational structure of Declare Emergency.  Green says he has been associated with the group since at least November 2023 when he was arrested for similar protest activity at the National Gallery of Art in Washington, DC, for which there is pending legal action.

Green stated that during this and previous activities in which Declare Emergency has participated, he knows of no known injuries.

Asked if he is aware of any future activities planned by Declare Emergency, Green declined to answer.

In summarizing why he admitted to today's activities at the National Archives building, Green said it was a "necessity," and that there is a "need to act and bring awareness."

At the time of the offense, Defendant Green was on release pending trial in the United States District Court for the District of Columbia, case number 24 - CR - 0062. Among other things, defendant Green signed the order setting conditions of release in that case specifically agreeing to not violate federal, state, or local law while on release, and to stay out of the District of Columbia except for court hearings and pretrial services business. Defendant Green signed the order setting conditions of release acknowledging these conditions on February 6, 2024.

---

The events and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s) listed in the case caption.

Subscribed and sworn before me this    February 15, 2024

| /s/ Christopher Saunders | 5 | | /s/ Michael Ursiny |
|---|---|---|---|
| Police Officer | Badge | Unit | Witness / Deputy Clerk |
| Christopher Saunders | | | Michael Ursiny |
| Printed Name of Member / CAD# | | | Printed Name of Witness / Deputy Cler |