# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 24-cr-62
)
Jackson Green )
)

## NOTICE OF APPEAL

Name and address of appellant:  Jackson Green
DC Jail
1901 D Street SE
Washington DC 20003

Name and address of appellant's attorney:  Peter Cooper
400 5th Street NW
Washington DC 20001

Offense: (1) Destruction of National Gallery Art Property, (2) Destruction of Gov Property Properertty

Concise statement of judgment or order, giving date, and any sentence:

Count 1; Ninety (90) days incarceration, Count 2; Eighteen (18) months incarceration. Counts running concurrently w/credit for time served.
Judgement entered 11/18/24

Name and institution where now confined, if not on bail: See above.

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

12/3/24
DATE                                    APPELLANT
                                        ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE   [ ]
CJA, NO FEE            [ ]
PAID USDC FEE          [ ]
PAID USCA FEE          [ ]

Does counsel wish to appear on appeal?                  YES [ ]   NO [✔]
Has counsel ordered transcripts?                        YES [ ]   NO [✔]
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES [✔]   NO [ ]